# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-2640

_____

Jerome Allen Bargo,

*Plaintiff - Appellant*,

v.

Roy Hobbs, Director, Arkansas Department of Correction; Larry May, Chief
Deputy Director, Arkansas Department of Correction; Wendy Kelley, Assistant
Director, Arkansas Department of Correction; Dina Tyler, Assistant Director,
Arkansas Department of Correction; Randy Watson, Warden, Varner Unit, ADC;
John Doe, Unknown Employees, Arkansas Department of Correction and or
Arkansas Board of Corrections,

*Defendants - Appellees*.

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: January 29, 2015
Filed: February 6, 2015
[Unpublished]

_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Jerome Bargo appeals the district court's[1] adverse grant of summary judgment on his 42 U.S.C. § 1983 claims. Upon consideration of Bargo's arguments and de novo review of the record, we conclude that summary judgment was properly granted. *See Mack v. Dillon*, 594 F.3d 620, 622 (8th Cir. 2010) (per curiam) (standard of review). We also conclude that the district court did not abuse its discretion in denying leave to amend. *See Mountain Home Flight Serv., Inc. v. Baxter Cnty., Ark.*, 758 F.3d 1038, 1045 (8th Cir. 2014) (standard of review). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

———————————————

———————————————

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas